# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2019

### NO. 03-19-00377-CV

**Richard A. Lapides, Appellant**

**v.**

**Timothy A. Stark, Appellee**

---

**APPEAL FROM THE JUSTICE COURT PRECINCT 3 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the order signed by the justice court on May 28, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.